# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07  CR 842 | **DATE** | December 17,  2007 |
| **CASE TITLE** | USA   vs.   GLADYS O. SODEKE | | |

### DOCKET ENTRY TEXT

Initial appearance proceedings held.  Defendant appears in response to arrest on 12/15/2007.  Defendant informed of rights.  Enter order appointing  John Murphy as counsel for defendant for initial appearance only.  Government seeks detention.  Detention hearing and  preliminary examination hearings are set for Deecmber 20, 2007 at 10:00 am.

00:15

| | | Courtroom Deputy Initials: | JS |
|---|---|---|---|