# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

| IN UNITED STATES | ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) |
|---|---|
| IN THE CASE OF | |

____ VS. ____   FOR   AT

**FILED**
DEC 17 2007
MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

PERSON REPRESENTED (Show your full name): **Gladys Sodeke**

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony  ☐ Misdemeanor

1. ☐ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify) ____

**LOCATION NUMBER**

**DOCKET NUMBERS**
Magistrate: ____
District Court: 07CR842
Court of Appeals: 07CR842

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed
- Name and address of employer: St. Nicholas Home Care, 11 Catherine St., Brooklyn NY
- IF YES, how much do you earn per month? $ 1200
- IF NO, give month and year of last employment. How much did you earn per month? $ ____
- If married is your Spouse employed? ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ ____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ ____ THE SOURCES ____

**CASH**
Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No  IF YES, state total amount $ 0

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT — VALUE $ 800   DESCRIPTION: 2005 Toyota Camry

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☐ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☒ SEPARATED OR DIVORCED
Total No. of Dependents: 2
List persons you actually support and your relationship to them: ____

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME / Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| Anthony Cooper – rent | $2000 | $725 |
| St. Mary's Hospital | $4000 | $ |
| | $ | $ |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) ____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶  Gladys Sodeke