## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 842 - 1 | **DATE** | 12/20/2007 |
| **CASE TITLE** | U.S.A. vs. Gladys O. Sodeke | | |

**DOCKET ENTRY TEXT**

(Defendant Gladys O. Sodeke only). Detention hearing called on 12/20/2007. Defendant released on bond. It is hereby ordered that defendant be transported to the U.S. District Court on 12/21/2007 and be released from the court house as early as possible, because defendant will need to catch a bus back to New York. Defendant waives her right to a preliminary examination hearing. Enter a finding of probable cause, order defendant bound to the District Court for further proceedings.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | SB |
|---|---|---|