UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.   07 CR 842 |
| v. | ) | |
| | ) | |
| GLADYS O. SODEKE | ) | |

**GOVERNMENT'S DECLARATION REGARDING GRAND JURY
SUBPOENAS PURSUANT TO LOCAL CRIMINAL RULE 1.04(d)**

Now comes the UNITED STATES OF AMERICA, through its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and pursuant to Rule 1.04(d) of the Local Criminal Rules for the Northern District of Illinois states that no grand jury subpoenas were issued relating to the indictment returned in the above-captioned case.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   s/ Rick Young
RICK YOUNG
Assistant U.S. Attorney
219 S. Dearborn Street, 5th Floor
Chicago, IL 60604
Telephone: 312-353-5300

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that this document was served on January 8, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                By:    s/ Rick Young
                         RICK YOUNG
                         Assistant U.S. Attorney