

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JAN - 8 2008
JAN 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.  07 CR 842   JUDGE GRADY |
| | ) | |
| vs. | ) | Violation: Title 21, United States |
| | ) | Code, Section 841(a)(1) |
| | ) | |
| GLADYS O. SODEKE | ) | MAGISTRATE JUDGE COX |

The SPECIAL AUGUST 2006-1 GRAND JURY charges:

On or about December 15, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

GLADYS O. SODEKE,

defendant herein, knowingly and intentionally possessed with intent to distribute a controlled substance, namely, five kilograms or more of a mixture containing cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY