# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

UNITED STATES OF AMERICA

<div style="padding-left:2em">Plaintiff,</div>

v.                                                                 Case No.: 1:07–cr–00842
                                                                   Honorable John F. Grady

Gladys O Sodeke

<div style="padding-left:2em">Defendant.</div>

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 14, 2008:

    MINUTE entry before Judge John F. Grady : Arraignment set for 1/16/08 stricken and reset to 1/30/2008 at 09:00 AM in courtroom 1425. Mailed notice (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.