# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 842 | **DATE** | 1/15/2008 |
| **CASE TITLE** | USA vs. Gladys Sodeke | | |

**DOCKET ENTRY TEXT**

Enter agreed order. It is hereby ordered, upon agreement of the parties, that the U.S. Marshal's service, pursuant to 18 U.S.C. §4285, provide non-custodial transportation for the defendant Gladys Sodeke from New York, New York to Chicago, Illinois on January 29, 2008 and from Chicago, Illinois to New York, New York on January 30, 2008.

■ [ For further detail see separate order(s).]

`Docketing to mail notices.

| | Courtroom Deputy Initials: | JD |
|---|---|---|