IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 842 |
| | ) | Judge John F. Grady |
| GLADYS SODEKE | ) | |

### AGREED ORDER

IT IS HEREBY ORDERED, upon agreement of the parties, that the U.S. Marshal's service, pursuant to 18 U.S.C. §4285, provide non-custodial transportation for the defendant GLADYS SODEKE from New York, New York to Chicago, Illinois on January 29, 2008 and from Chicago, Illinois to New York, New York on January 30, 2008. The U.S. Marshal's service is also ordered to provide Ms. Sodeke with *per diem* expenses for her lodging and expenses while in Chicago. The defendant's presence is required for an arraignment and plea hearing at 9:00 a.m. on January 30. The Marshal's service is directed to notify Ms. Sodeke's attorney, John F. Murphy, at (312)621-8352 of the travel arrangements.

SO ORDERED:

_____
U.S. District Court Judge
John F. Grady

Entered:

1-15-08