## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 842 | **DATE** | 1/30/2008 |
| **CASE TITLE** | USA vs. Gladys O. Sodeke | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant informed of rights. The defendant enters a plea of not guilty to all charges. Pretrial motions to be filed on or before 3/12/08. Status hearing set for 3/19/08 at 9:30 a.m. Presence of the defendant Gladys O. Sodeke is waived for the status hearing on 3/19/08. Bond ordered to stand. Order excludable delay pursuant to 18:3161 (h)(1)(F) for the handling of any pretrial motions until 03/19/08. (X-E)

Docketing to mail notices.

00:5

| | Courtroom Deputy Initials: | JD |
|---|---|---|