# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

UNITED STATES OF AMERICA

                       Plaintiff,

v.                                                         Case No.: 1:07−cr−00842
                                                              Honorable John F. Grady

Gladys O Sodeke

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 7, 2008:

      MINUTE entry before Judge John F. Grady :Status hearing set for 03/19/08 stricken and reset to 4/8/2008 at 10:00 AM. Order excludable delay pursuant to 18:3161 (h)(1)(F) for the handling of any pretrial motions until 04/08/08. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.