# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                                     Case No.: 1:07−cr−00842
                                                      Honorable John F. Grady

Gladys O Sodeke

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 6, 2008:

    MINUTE entry before Judge Honorable John F. Grady:Status hearing set for today stricken as to Gladys O Sodeke. Change of Plea Hearing set for 6/18/2008 at 9:30 a.m. Time continues to be excluded pursuant to 18:3161 (h)(1)(F) for the handling of any pretrial motions until 06/18/08., Mailed notice (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.