# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                            Plaintiff,

v.                                               Case No.: 1:07−cr−00842
                                                Honorable John F. Grady

Gladys O Sodeke

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 21, 2008:

      MINUTE entry before the Honorable John F. Grady:as to Gladys O Sodeke, by agreement of the parties, change of plea hearing set for 07/24/08 is stricken and reset to 9/18/2008 at 11:00 a.m. Time is excluded until 09/18/08 to permit plea negotiations, pursuant to U.S.C. 3161(h)(1). Mailed/Telephoned notice (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.