# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 842 | **DATE** | 9/10/2008 |
| **CASE TITLE** | USA vs. Gladys Sodeke | | |

**DOCKET ENTRY TEXT**

Enter agreed order. It is hereby ordered that the U.S. Marshal's service provide non-custodial transportation for the defendant Gladys Sodeke from New York, New York to Chicago, Illinois on 09/17/08 and from Chicago, Illinois to New York, New York on 09/18/08. The defendant's presence is required for a change of plea hearing on 09/18/08 at 1:00 p.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED-ENT 2008 SEP 11 PM 2:14 U.S. DISTRICT COURT

Courtroom Deputy Initials: JD